BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>STACEY KINYADA LEE,<br>DEANA SHIRELLE NOLEN,<br>WILLIE SHERMAN PRUDE,<br>CHEANEY LAVELL KEY, and<br>ERISHENIQUA D. DIXON,<br><br>                    Defendants. | NO.: 1:12-CR-00301 AWI DLB<br><br>STIPULATION AND<br>PROTECTIVE ORDER BETWEEN THE<br>UNITED STATES AND DEFENDANT<br>ERISHENIQUA D. DIXON |

    WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

1   The parties agree that entry of a stipulated protective order is
2  appropriate.
3       THEREFORE, defendant ERISHENIQUA DIXON, by and through her
4  counsel of record David A. Torres ("Defense Counsel"), and plaintiff
5  the United States of America, by and through its counsel of record,
6  hereby agree and stipulate as follows:
7       1.   This Court may enter protective orders pursuant to
8  Rule 16(d) of the Federal Rules of Criminal Procedure, and its
9  general supervisory authority.
10      2.   This Order pertains to all discovery provided to or made
11 available to Defense Counsel as part of the discovery in this case
12 (hereafter, collectively known as the "discovery").
13      3.   By signing this Stipulation and Protective Order, Defense
14 Counsel agrees not to share any documents that contain Protected
15 Information with anyone other than Defense Counsel and designated
16 defense investigators and support staff.  Defense Counsel
17 may permit the defendant to view unredacted documents in the
18 presence of her attorney, defense investigators and support staff.
19 The parties agree that Defense Counsel, defense investigators, and
20 support staff shall not allow the defendant to copy Protected
21 Information contained in the discovery.  The parties agree that
22 Defense Counsel, defense investigators, and support staff may provide
23 the defendant with copies of documents from which Protected
24 Information has been redacted.
25      4.   The discovery and information therein may be used only in
26 connection with the litigation of this case and for no other purpose.
27 The discovery is now and will forever remain the property of the
28 United States Government.  Defense Counsel will return the discovery

1  to the Government or certify that it has been destroyed at the
2  conclusion of the case.
3      5.   Defense Counsel will store the discovery in a secure place
4  and will use reasonable care to ensure that it is not disclosed to
5  third persons in violation of this agreement.
6      6.   Defense Counsel shall be responsible for advising the
7  defendants, employees, other members of the defense team, and defense
8  witnesses of the contents of this Stipulation and Order.
9      7.   In the event that the defendant substitutes counsel,
10 undersigned Defense Counsel agrees to withhold discovery from new
11 counsel unless and until substituted counsel agrees also to be bound
12 by this Order or the Court modifies this Order regarding such
13 transfer of discovery.
14     IT IS SO STIPULATED.
15 DATED: Sept. 20, 2012          By: /s/ David A. Torres
                                      (authorized on 9/20/12)
16                                    DAVID A. TORRES
                                      Attorney for defendant
17                                    ERISHENIQUA D. DIXON
18
19 DATED: Sept. 20, 2012          BENJAMIN B. WAGNER
                                  United States Attorney
20
                                  By: /s/ Kirk E. Sherriff
21                                    KIRK E. SHERRIFF
                                      Assistant U.S. Attorney
22
23 IT IS SO ORDERED.
24
   Dated:    September 24, 2012            _____
25                                         CHIEF UNITED STATES DISTRICT JUDGE
26
27
28