1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,         )   NO.: 1:12-CR-00301 AWI DLB
                                     )
11                                   )   STIPULATION AND
                   Plaintiff,        )   PROTECTIVE ORDER BETWEEN THE
12                                   )   UNITED STATES AND DEFENDANT
              v.                     )   ERISHENIQUA D. DIXON
13                                   )
   STACEY KINYADA LEE,               )
14 DEANA SHIRELLE NOLEN,             )
   WILLIE SHERMAN PRUDE,             )
15 CHEANEY LAVELL KEY, and           )
   ERISHENIQUA D. DIXON,             )
16                                   )
                   Defendants.       )
17                                   )
                                     )
18
19

20      WHEREAS, the discovery in this case is voluminous and contains a

21 large amount of personal information including but not limited to

22 Social Security numbers, dates of birth, financial account numbers,

23 telephone numbers, and residential addresses ("Protected

24 Information"); and

25      WHEREAS, the parties desire to avoid both the necessity of large

26 scale redactions and the unauthorized disclosure or dissemination of

27 Protected Information to anyone not a party to the court proceedings

28 in this matter;

---

Stipulation & Protective Order

1   The parties agree that entry of a stipulated protective order is
2   appropriate.
3       THEREFORE, defendant ERISHENIQUA DIXON, by and through her
4   counsel of record David A. Torres ("Defense Counsel"), and plaintiff
5   the United States of America, by and through its counsel of record,
6   hereby agree and stipulate as follows:
7       1.   This Court may enter protective orders pursuant to
8   Rule 16(d) of the Federal Rules of Criminal Procedure, and its
9   general supervisory authority.
10      2.   This Order pertains to all discovery provided to or made
11  available to Defense Counsel as part of the discovery in this case
12  (hereafter, collectively known as the "discovery").
13      3.   By signing this Stipulation and Protective Order, Defense
14  Counsel agrees not to share any documents that contain Protected
15  Information with anyone other than Defense Counsel and designated
16  defense investigators and support staff.  Defense Counsel
17  may permit the defendant to view unredacted documents in the
18  presence of her attorney, defense investigators and support staff.
19  The parties agree that Defense Counsel, defense investigators, and
20  support staff shall not allow the defendant to copy Protected
21  Information contained in the discovery.  The parties agree that
22  Defense Counsel, defense investigators, and support staff may provide
23  the defendant with copies of documents from which Protected
24  Information has been redacted.
25      4.   The discovery and information therein may be used only in
26  connection with the litigation of this case and for no other purpose.
27  The discovery is now and will forever remain the property of the
28  United States Government.  Defense Counsel will return the discovery

to the Government or certify that it has been destroyed at the conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

DATED: Sept. 20, 2012    By: /s/ David A. Torres
                                  (authorized on 9/20/12)
                                  DAVID A. TORRES
                                  Attorney for defendant
                                  ERISHENIQUA D. DIXON

DATED: Sept. 20, 2012    BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ Kirk E. Sherriff
                                KIRK E. SHERRIFF
                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:    September 24, 2012
                                  CHIEF UNITED STATES DISTRICT JUDGE