**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
ERISHENIQUA DIXON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                                PLAINTIFF,<br><br>ERISHENIQUA DIXON ,<br>                                DEFENDANT. | Case No.: 12-CR-0301 AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, ERISHENIQUA DIXON, hereby requests a Court Order waiving her appearance at the status conference hearing scheduled for Monday, January 28, 2013.

Ms. Dixon contacted me early this week and informed me that she does not have transportation or the funds to drive to United States District Court in Fresno to appear on January 28, 2013 for her scheduled Change of Plea hearing. I have been in communication with my client and reviewed the plea agreement with her. She has agreed to the plea and will be signing it upon receipt via postal mail.

Defendant, ERISHENIQUA Dixon, waives her right to be present in open Court upon the hearing of any motion or other proceeding on this case, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

1    Defendant hereby requests the Court proceed during every absence of her which the Court
2 may permit pursuant to this waiver; agrees that her interests will be deemed represented at all
3 times by the presence of her attorney, David A. Torres, the same as if the Defendant was
4 personally present; and further agrees to be present in person in Court ready for trail any day and
5 hour the Court may fix her absence.
6    Defendant further acknowledges that she has been informed of her rights under Title 18,
7 United States Code, section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set
8 time and delays under the Act without Defendant being present.

10 Date: January 25, 2013

11 /s/David A. Torres                                        /s/Erisheniqua Dixon
   Counsel for Defendant                                     Erishenquia Disxon

## ORDER

GOOD CAUSE APPEARING, it is hear by ordered that the defendant's appearance may be waived on January 28, 2013.

IT IS SO ORDERED.

Dated:   January 28, 2013

                                                SENIOR  DISTRICT  JUDGE